UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 202 ML

BEATRICE KARNEH,

Petitioner,

v.

MICHAEL B. MUKASEY, as Attorney General of the United States; MICHAEL CHERTOFF, as the Secretary of the Department of Homeland Security; JONATHAN SCHARFEN, as Acting Director of the United States Citizenship and Immigration Services; PAUL NOVAK, as Director of the United States Citizenship and Immigration Services Vermont Service Center; ROSETTA MARTINI, as Officer-in-Charge of the United States Citizenship and Immigration Services Providence Field Office; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Respondents.

Civil Action File No.:

**PETITION FOR REVIEW**

INTRODUCTION

1. This action seeks review of the denial of Petitioner's application for naturalization pursuant to INA Section 310(c), 8 U.S.C. §1421(c). Petitioner filed her application for naturalization on April 16, 2007 and was interviewed by Respondent Citizenship and Immigration Services on August 21, 2007. Petitioner's application was denied on October 5, 2007 on the basis that she failed to establish good moral character. The decision by the

Respondents to deny the Petitioner's application for naturalization is arbitrary, capricious and an abuse of discretion, and unsupported by substantial evidence.

JURISDICTION

2. This Court has jurisdiction over the present action pursuant to INA Section 310(c), 8 U.S.C. §1421(c), which provides for judicial review *de novo* of the denial of an application for naturalization; 28 U.S.C. §1331, Federal Question Jurisdiction; 28 U.S.C. §2201, the Declaratory Judgment Act; 5 U.S.C. §702, the Administrative Procedures Act; 8 U.S.C. §1329 of the Immigration and Nationality Act, providing for the jurisdiction of this Court over actions arising under said Act; and the Fifth Amendment to the United States Constitution.

VENUE

3. Venue is proper in the District of Rhode Island pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. §1391(e) in that this is an action against officers and agencies of the United States in their official capacities brought in the District where a Respondent resides and where a substantial part of the events or omissions giving rise to the Petitioner's claim occurred. In addition, Petitioner, Beatrice Karneh, is a resident of the State of Rhode Island, and the Respondents are each agencies of the United States that operate within this District.

NATURE OF ACTION

4. Petitioner requests a hearing *de novo* in the United States District Court for the District of Rhode Island on her Application for Naturalization which was denied by the Respondent Citizenship and Immigration Services on October 5, 2007. (Please refer to copy of the decision by the Respondent dated January 25, 2008 denying Petitioner's application for naturalization, attached hereto as Exhibit A.)

PARTIES

5. Petitioner, Beatrice Karneh, is a native of Liberia who was born on November 10, 1957. Petitioner presently resides in Providence, Rhode Island and has been a Lawful Permanent Resident of the United States since February 20, 2000. Petitioner is in all respects eligible for United State citizenship.

6. Respondent, Michael B. Mukasey, is the duly appointed Attorney General of the United States, and is charged with supervisory authority of the Department of Justice and has the authority on questions of law in relation to the Immigration and Nationality Act 8 U.S.C. §1103(a)(1) & (g).

7. Respondent, Michael Chertoff, is the duly appointed Secretary of the Department of Homeland Security and charged under 8 U.S.C. §1103(a) with supervising, implementing, and enforcing the Immigration and Nationality Act.

8. Respondent, Jonathan Scharfen, is the duly appointed Acting Director of the United States Citizenship and Immigration Services and charged under 8 U.S.C. §1103(c) with the implementation of benefits under the Immigration and Nationality Act.

9. Respondent, Paul Novak, is the duly appointed Director of the Vermont Service Center of the United States Citizenship and Immigration Services and charged with the authority over implementation of benefits under the Immigration and Nationality Act in the Providence Field Office.

10. Respondent, Rosetta Martini, is the duly appointed Officer-in-Charge of the United States Citizenship and Immigration Services in Providence, Rhode Island, and charged with the authority over the implementation of benefits under the Immigration and Nationality Act

in the Providence Field Office.

11. Respondent, United States Department of Homeland Security, is a Federal agency of the United States that is mandated under 8 U.S.C. §1103(a) to supervise, implement, and enforce the Immigration and Nationality Act, including Applications for Citizenship.

12. Respondent, United States Citizenship and Immigration Services, (hereinafter "CIS") is an agency involved in the acts challenged in this action, and is a subordinate agency with the Respondent United States Department of Homeland Security.

FACTS

13. Beatrice Karneh (hereinafter "Petitioner") is currently in the United States pursuant to lawful immigrant status as a lawful permanent resident.

14. Petitioner filed an Application for Naturalization with CIS on April 16, 2007 and was interviewed by CIS on August 21, 2007.

15. During the interview, Petitioner stated that she had a total of five children, each of which were listed on her Application for Naturalization.

16. CIS denied Petitioner's Application for Naturalization on the basis that she lacks good moral character.

17. Specifically, CIS believes that Petitioner lied during her interview on August 21, 2007 about three of the five children listed on her Application for Naturalization because Petitioner listed only two of the five children on her Application for Immigrant Visa and Alien Registration dated July 27, 1999, which application was completed in Liberia. Thus, CIS "is inclined to believe that these [additional children] are not your children and are nieces and nephews of [Petitioner]." See Decision dated October 17, 2007 attached hereto as Exhibit B.

18. The decision of CIS, denying Petitioner's Application for Naturalization on the basis of lack of good moral character, was arbitrary and unsupported by the evidence presently available to the Petitioner in the form of government certified birth certificates establishing that Petitioner is in fact the mother of all of the children listed on Petitioner's Application.[1]

19. Accordingly, Petitioner requests that this court conduct a full hearing *de novo* on her Application for Naturalization.

20. Petitioner has exhausted all administrative remedies available. No adequate remedy exists.

WHEREFORE, Petitioner respectfully requests that this Court grant the Petitioner the following relief:

(a) Conduct a hearing *de novo* to receive evidence and make findings of fact and conclusions of law on Petitioner's Application for Naturalization;

(c) Find that the Petition at all time testified truthfully as to Application for Naturalization, is of good moral character and eligible for naturalization;

(d) Administer the Oath of U.S. Citizenship to Petitioner;

(e) Award the Petitioner attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, et seq.;

(f) Award such other relief as justice may require.

---

[1] Petitioner intends to present these birth certificates in evidence at a full hearing on the merits in support of her Petition for Review. In addition, Petitioner admits that these birth certificates were not available to her at the time she file her Application for Immigrant Visa and Alien Registration due to the circumstances of her departure from Liberia and the political rebellion at the time.

Respectfully Submitted,

Petitioner,
BEATRICE KARNEH,
By HER Attorneys,

David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)

Dated: May 23, 2008