# Exhibit A

U.S. DEPARTMENT OF HOMELAND SECURITY

U.S. Citizenship and Immigration Services

**DECISION ON NATURALIZATION APPEAL PROCEEDINGS**

**Date:** 25 JAN 2008

*200 Dyer St.*
*Providence, RI 02903*

**Beatrice Karneh**
**21 Whelan Rd. #1**
**Providence, RI 02909**

PLEASE REFER TO THIS FILE NUMBER
[redacted]

## DECISION

On August 21, 2007, you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316(A) of the Immigration and Nationality Act. Your application was denied on October 5, 2007 for lack of good moral character. You subsequently filed a Request for Hearing on a Decision Naturalization Proceedings (Appeal Form N-336) on November 6, 2007. Your Appeal on Form N-336 is hereby dismissed.

On January 10, 2008 you appeared for an interview on your appeal application. It was determined at this hearing that you lack the necessary good moral character, as mandated by Section 316 of the Act, for naturalization. Specifically, it has been determined that, on you gave false testimony in an attempt to gain an immigration benefit on your immigrant visa application or during your N-400 interview on August 21, 2007.

Title Eight, Section 316.10(a)(1) of the Code of Federal Regulations states that an applicant for naturalization bears the burden of demonstrating that he or she has been and continues to be a person of good moral character. Title Eight, Section 316.10 (b)(2)(vi) of the Code of Federal Regulations states than an applicant shall be found to lack good moral character, if the applicant has given false testimony to obtain any benefit from the Act, if the testimony was made under oath or affirmation and with an intent to obtain an immigration benefit.

It has been determined that you gave false testimony during your interview on August 21, 2007 and on your N-400 application when you listed five children and stated under oath that you have never given false testimony to gain an immigration benefit. You only listed two children on your immigrant visa application. At your N-400 interview you told the Officer that you did not list your children because you did not know where they were located. At your N-336 hearing and in a written statement you said that you did not list all of your children because your husband told you not to put them on your visa application because they are not his children. You did not offer any documentation, affidavits or any other information to verify the existence of your claimed children. Your explanations are not credible and your application is denied.

This decision constitutes a **final administrative denial** of your naturalization application. You have the right to file a petition for review in the United States District Court having jurisdiction over your place of residence in accordance with Chapter 7, Title 5, of the United States Code within a period of not more than 120 days after the Service's final determination.

Sincerely,

Rosetta R. Martini

Rosetta R. Martini
Field Office Director

cc: