# Exhibit B

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services

**DECISION ON APPLICATION FOR NATURALIZATION**

**Date:** OCT 17 2007

*200 Dyer Street*
*Providence, RI 02903*

PLEASE REFER TO THIS FILE NUMBER

[redacted]

**Beatrice Karneh**
**21 Whelan Road, #1**
**Providence, RI 02909**

## DECISION

On August 21, 2007 you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316 of the Immigration and Nationality Act. Pursuant to the investigation and examination of your application, it is determined that your application be denied for the following reason(s): **failure to establish good moral character**. Accordingly, your application is hereby denied pursuant to Title Eight, Section 316.10 (b)(vi) of the Code of Federal Regulations.

**SEE ATTACHED SHEET**

**This decision is made without prejudice toward filing of a new application in the future. It is noted that you may be eligible to apply for naturalization on or after: August 21, 2012**

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within **30 days** of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is **final**. A request for a hearing may be made to the District Director, with the U.S. Citizenship and Immigration Services office that made this decision, on **Form N-336** with a fee of **$605.00.** A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions that you have may be answered by the U.S. Citizenship and Immigration Services office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Rosetta R. Martini
Field Office Director

☐ Enclosure(s) N-336
cc:
By Certified Mail:
Form N-335
BY:

File Number: [redacted]

Date:

Title Eight, Section 316.10 (a)(1) of the Code of Federal Regulations states that an applicant for naturalization bears the burden of demonstrating that, during the statutorily prescribed period, he or she has been and continues to be a person of good moral character. Title Eight, Section 316.10 (b)(vi) of the Code of Federal Regulations states than an applicant shall be found to lack good moral character, if the applicant has given false testimony to obtain any benefit from the Act, if the testimony was made under oath or affirmation and with an intent to obtain an immigration benefit.

You filed your application on April 16, 2007 and were interviewed on your application on August 21, 2007. At this interview, under oath you stated that you had five children (Sylvester, Kona, Jartu, Hawa, and Eugine). Kona and Jartu live with you in Providence. However, after review of your Service file, it indicates that you only listed two children, Kona and Jartu, on your immigrant visa application.

Your immigrant visa application, which was filled out by you on July 27, 1999, in Liberia, only listed your two children (Kona and Jartu), even though the application specifically asks you to list "any and all" of your children. You told the interviewing officer that you did not list the other three children (Sylvester, Hawa, and Eugine) because you purportedly did not know there whereabouts when you left for the United States. The Service is inclined to believe that these are not your children and are nieces and nephews of yours and you now list them on your naturalization application because you hope to petition for their residency in the United States once you became a United States citizen. At your naturalization interview, you told the interviewing officer that you hoped to petition for these three individuals.

By not listing individuals and trying to claim that they are your children does not reflect well on your good moral character. It is clear to the Service that you gave false testimony under oath with the intent of these three individuals would obtain permanent residence status in the United States through yourself.

Accordingly, your application for naturalization is hereby denied pursuant to Title Eight, Section 316.10(b)(vi) of the Code of Federal Regulations.