UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BEATRICE KARNEH

vs. CA 08-202ML

MICHAEL B. MUKASEY, et al

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition For Review". Said response will be filed on or before **June 23, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 5 ,2008

Entered as an Order of this Court on June 5 ,2008

Barbara Barletta
Deputy Clerk